UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:
BROOM, JESSE LAMONT
BROOM, SHEILA RENAE     CASE NO. 12-23031
        Debtors     Chapter 7

## PRELIMINARY INVENTORY REPORT
## AND REQUEST FOR NOTICE TO CREDITORS

Comes now Gordon E. Gouveia, Chapter 7 Trustee, and respectfully shows:

1. I am the Trustee for the above captioned Debtors, having been appointed on 02/26/13.

2. As Trustee, I anticipate receiving funds in the approximate amount of $2,085.98 from the Debtors' Tax Refund .

3. As required by Bankruptcy Rule 5008(b), I would report that all monies will be deposited in a certain checking or money market account in Rabobank, N.A.

4. Pursuant to Bankruptcy Rule 3002(c)(5), I would now request that the Clerk notify creditors that a payments of dividend appears possible in this matter.

Dated at Merrillville, IN on January 20, 2014

Respectfully submitted,

/s/ Gordon E. Gouveia
GORDON E. GOUVEIA., Trustee
433 W. 84th DRIVE
MERRILLVILLE, IN 46410
Telephone: 219-736-6020
Atty. I.D. #7235-45

### CERTIFICATE OF SERVICE

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
Andrew J. Kopko, 370 W. 80th Place, Merrillville, IN 46410
BROOM, JESSE LAMONT & BROOM, SHEILA RENAE, 1811 E. 54TH AVE., MERRILLVILLE, IN 46410

January 20, 2014         /s/ Gordon E. Gouveia
                               Gordon E. Gouveia, Trustee